Argued and submitted December 23, 1996, reversed and remanded
February 12, 1997

MAX DONALD McCURDY,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(96-04-27968-M; CA A93325)

934 P2d 448

Bob Pangburn argued the cause and filed the brief for appellant.

Stephanie L. Striffler, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff appeals from the trial court's judgment for defendant on plaintiff's petition for habeas corpus. We reverse and remand.

The issue is whether the Board of Parole and Post-Prison Supervision (Board) retroactively applied the current version of ORS 144.125(3) when it postponed plaintiff's parole date. If the Board did apply the current version, plaintiff is correct that we would be compelled to reverse. *Meadows v. Schiedler*, 143 Or App 213, 924 P2d 314 (1996). However, neither the Board's order nor plaintiff's psychological evaluation appears in the record, making it impossible for us to determine whether the Board retroactively applied ORS 144.125(3) when it postponed plaintiff's parole date. Consequently, we reverse and remand for the trial court to determine whether the Board applied the current version of the statute. *Meadows*, 143 Or at 221.

Reversed and remanded.